LAURA OLSEN et al., Appellants, *v.* JENNIE KOSSACK, Doing Business as BROOKLYN MANOR GARAGE, Respondent.

Argued June 9, 1948; decided July 16, 1948.

*Joseph J. Brophy, Desmond T. Barry, Edward A. Shandell* and *George Brody* for appellants.

*Walter L. Glenney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.